Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DAVID EGOLF

    Plaintiff

vs.

GEORGETOWN UNIVERSITY, ET AL

    Defendant

Civil No. 25-3439 (ABJ)

Category L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 10/29/2025 from Judge Amir H. Ali to Judge Amy Berman Jackson by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge Amir H. Ali & Courtroom Deputy
Judge Amy Berman Jackson & Courtroom Deputy
Liaison, Calendar and Case Management Committee