# EXHIBIT D



*GEORGETOWN UNIVERSITY*

May 7, 2024

Robert Groves
Provost
Georgetown University

***Sent via Email***

### Re: Outcome of IDEAA's Review of David Egolf's Conduct

Dear Bob,

I write to notify you of the outcome of the Office of Institutional Diversity, Equity, and Affirmative Action's ("IDEAA") review of alleged misconduct by Associate Professor and Director of Undergraduate Studies, David Egolf. As you are aware, you requested that IDEAA conduct an administrative review to determine whether Dr. Egolf violated IDEAA's policies and to make factual findings regarding whether the concerns reported to IDEAA implicate the Faculty Handbook and an October 2015 confidential settlement agreement between you and Dr. Egolf.

IDEAA retained the services of external investigators to conduct the review. The investigators found sufficient evidence under a preponderance of the evidence standard to substantiate a finding that Dr. Egolf engaged in sexual harassment as defined in the University's *Policy on Sexual Misconduct,* resulting in a violation of this Policy and the *Policy on Equal Opportunity and Non-Discrimination in Education*. However, the investigators found insufficient evidence to substantiate a finding that Dr. Egolf engaged in sex- or gender-based discrimination by demonstrating favoritism towards male students/employees in violation of the University's policy on *Equal Opportunity and Non-Discrimination in Education*. The investigators provided factual findings with respect to conduct that may implicate certain provisions of the Faculty Handbook and certain provisions of the October 2015 confidential settlement agreement between you and Dr. Egolf.

In light of the finding that Dr. Egolf violated University policies, IDEAA makes the recommendations below to address the concerns identified and prevent the recurrence of similar conduct in the future.

### Recommendations

- For the reasons discussed above and in the attached report, IDEAA recommends termination of Dr. Egolf's employment.

- In the event that you determine that a different disciplinary course is appropriate, IDEAA recommends the following combination of corrective and disciplinary actions:
  1. A period of unpaid suspension from work for at least one year.
  2. Upon his return to work, place Dr. Egolf on a period of probation for 3 years. Probation requires quarterly check in meetings with a designated monitor.
  3. Require that any and all interactions with students be conducted on campus, during class hours and/or office hours (where the door is to always remain open). Any and all interactions with supervisees must be on campus unless Dr. Egolf obtains express written permission from the Provost.
  4. Prohibit Dr. Egolf from communicating with students or supervisees except in person, via University authorized Zoom/video conference software, or official University email. There is to be no other communication with students or supervisees by text message, social media, or any other electronic means.
  5. Require Dr. Egolf to undergo training on sexual harassment annually.
  6. Dr. Egolf is not to entertain any student or supervisee at his home or in any other social setting.
  7. Dr. Egolf is not allowed to engage in social activities (i.e., dinners/lunches, movies, theater productions, etc.) with students or supervisees without the express permission of the Provost.
  8. Dr. Egolf should refrain from any discussions of a sexual nature with any student or supervisee. To the extent that a student raises an issue or asks a question of a sexual nature, Prof. Egolf is to report that conversation to the University's Title IX Coordinator.

Please let me know if you have any questions about the report or the recommendations contained within this letter. I appreciate your attention to this sensitive matter.

Sincerely,

*Olabisi L. Okubadejo*

Bisi Okubadejo
Associate Vice President for Equal Opportunity, Affirmative Action, and Compliance