**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID EGOLF<br><br>    Plaintiff,<br><br>    vs.<br><br>GEORGETOWN UNIVERSITY, ET AL.<br><br>    Defendants. | Case No. 25-CV-3439. |
| GEORGETOWN UNIVERSITY,<br><br>    Counterclaim Plaintiff,<br><br>    vs.<br><br>DAVID EGOLF.<br><br>    Counterclaim Defendant. | |

◆────────────◆

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION UNDER SEAL

◆────────────◆

    COMES NOW PLAINTIFF David Egolf, by and through his undersigned counsel, and respectfully moves this Court pursuant to Local Rule 5.1(h)(1), to file a motion under seal. Plaintiff makes this motion for the following reasons:

    1.    Plaintiff David Egolf has filed a complaint against Georgetown University seeking remedy for, inter alia, the University's failure to abide by federal Title IX regulations in its investigation of a complaint against him.

    2.    Georgetown has filed a counterclaim in which it has made allegations inappropriate pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and to which it has attached documents inappropriately pursuant to Rule 10(c).

LIPPMAN, SEMSKER & SALB, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, Maryland 20814

3. Plaintiff intends to file a motion to ask that portions of Georgetown's counterclaim, including the attachments, be struck from the record or held under seal. Making such a motion requires discussing the allegations in the counterclaim which the Plaintiff believes should not be disclosed, requiring that the Plaintiff's motion also be filed under seal.

Wherefore, Plaintiff David Egolf, Ph.D., respectfully requests that this Court accept his Motion to Strike or Seal Parts of Counterclaim under seal.

Respectfully Submitted,

Dated: January 5, 2026

LIPPMAN, SEMSKER & SALB, LLC
Micah Salb, Esq.  (Bar No. 9506210360)
msalb@lsslawyers.com
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
(301) 656-6905

*Counsel to Plaintiff David Egolf*

### CERTIFICATE OF SERVICE

I certify that on January 5, 2026, a copy of the foregoing was filed via the Court's electronic case filing system and thereby served on Defendants' counsel of record, and further that a copy of the foregoing, accompanied by the referenced motion, were delivered to the Defendant's counsel of record by email.

Micah Salb, Esq.