IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID EGOLF,<br><br>*Plaintiff*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY, *et al.*<br><br>*Defendants*.<br><br>GEORGETOWN UNIVERSITY,<br><br>*Counter-Plaintiff*,<br><br>v.<br><br>DAVID EGOLF,<br><br>*Counter-Defendant*. | Civil Action No. 1:25-cv-03439-ABJ |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Strike (ECF No. 35) it is hereby **ORDERED** that the Plaintiff's Reply to Defendants' Opposition to Motion to Dismiss Damages Claims (ECF No. 33) is struck from the docket.

Dated: _____, 2026

                                                                     Amy Berman Jackson
                                                                     United States District Judge

**COPIES TO:**

Micah Salb
Lippman Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
msalb@lsslawyers.com
*Counsel for Plaintiff*

Henry Platt
Saul Ewing LLP
1919 Pennsylvania Ave NW Suite 550
Washington, D.C. 20006
henry.platt@saul.com
*Counsel for Defendants Georgetown University, Robert M. Groves, Rosemary Kilkenny, Olabisi Ladeji Okubadejo, and Samantha Berner*