**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID EGOLF, *Plaintiff*, v. GEORGETOWN UNIVERSITY, *et al.* *Defendants*. GEORGETOWN UNIVERSITY, *Counter-Plaintiff*, v. DAVID EGOLF, *Counter-Defendant*. | Civil Action No. 1:25-cv-03439-ABJ |

## <u>PROPOSED ORDER</u>

Upon consideration of Plaintiff's Motion to Amend/Correct Complaint (ECF No. 41), it is hereby **ORDERED** that the Motion is denied.

Dated: _____, 2026

_____
Amy Berman Jackson
United States District Judge

**COPIES TO:**

Micah Salb
Lippman Semsker & Salb, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, MD 20814
msalb@lsslawyers.com
*Counsel for Plaintiff*

Henry Platt
Saul Ewing LLP
1919 Pennsylvania Ave NW Suite 550
Washington, D.C. 20006
henry.platt@saul.com
*Counsel for Defendants Georgetown University, Robert M. Groves,*
*Rosemary Kilkenny, Olabisi Ladeji Okubadejo, and Samantha Berner*