**CONFIDENTIAL**

**CONFIDENTIAL - SUMMARY OF INTERVIEW WITH PROF. DAVID EGOLF**

The following is a summary of the December 18, 2023 Zoom interview with Professor David Egolf ("Prof. Egolf"), conducted by Sasha Hodge-Wren and Stephanie Baron of Miles & Stockbridge as part of an Administrative Review on behalf of Georgetown University's IDEAA office.   During the interview, Prof. Egolf was joined by his counsel and advisor, Micah Salb of Lippman, Semsker & Salb, LLC.

At the start of the interview, Prof. Egolf was advised of our role as neutral investigators.  He was informed that there is no attorney-client privilege that attaches to our communications.  We requested that he maintain confidentiality during the pendency of the review. Prof. Egolf was also advised that he could not be retaliated against for participating in the interview, and likewise he should not retaliate against anyone whom he believes has participated in this process.  Finally, Prof. Egolf was reminded that in accordance with Georgetown procedure, he was to answer the questions posed, and that while he was welcome to take a break to speak with his counsel, his counsel could not speak for him or answer our questions, and that any such answers would not be considered.

REDACTED

1

**CONFIDENTIAL**

**CONFIDENTIAL**

**SUMMARY OF SECOND INTERVIEW WITH PROF. DAVID EGOLF**

The following is a summary of the March 26, 2024, Zoom interview with Professor David Egolf ("Prof. Egolf") conducted by Stephanie Baron, with Madalyn Cohee present, of Miles & Stockbridge as part of an Administrative Review on behalf of Georgetown University's IDEAA office. During the interview, Prof. Egolf was joined by his counsel and advisor, Micah Salb of Lippman, Semsker & Salb, LLC.

At the start of the interview, Prof. Egolf was reminded of our role as neutral investigators. He was informed that there is no attorney-client privilege that attaches to our communications. We requested that he maintain confidentiality during the pendency of the review. Prof. Egolf was also advised that he could not be retaliated against for participating in the interview, and likewise he should not retaliate against anyone whom he believes has participated in this process. Finally, Prof. Egolf was reminded that in accordance with Georgetown procedure, he was to answer the questions posed, and that while he was welcome to take a break to speak with his counsel, his counsel could not speak for him or answer our questions.

REDACTED

1