## Micah Salb

| | |
|---|---|
| **From:** | Hodge-Wren, Sasha <shodgewren@MilesStockbridge.com> |
| **Sent:** | Thursday, September 14, 2023 2:31 PM |
| **To:** | Micah Salb; dae3@georgetown.edu |
| **Cc:** | Baron, Stephanie |
| **Subject:** | RE: Egolf Matter |

Dear Dr. Egolf and Mr. Salb,

Thank you for your email. We will again attempt to provide clarification with respect to your concerns. Please understand that no one is stating that Dr. Egolf may not have the benefit of the assistance of counsel. We have and will continue to copy you on our correspondence, and Dr. Egolf is welcome to confer with you prior to providing any responses to our inquiries. We will, however, continue to communicate directly with him and expect that he will communicate with us for purposes of the IDEAA's review of this matter. To the extent you have legal claims or concerns, you may continue to address them directly with the University's General Counsel's office.

As we previously indicated, while we are attorneys, we are not acting as counsel to the University for purposes of this review and instead are acting as neutral fact-finders. Please note as well that we are at Step II of the procedures, and have now provided you with all of the documentation we have received with respect to our review. As Dr. Egolf has been repeatedly informed, there is no written "formal complaint" that is being withheld; the initial complaint was reported orally and a summary of the concerns alleged have been provided to Dr. Egolf in the August 9 letter previously referenced. He has now also been provided the other information we have related to the concerns.

We look forward to receiving Dr. Egolf's written response tomorrow.

Thank you,

Sasha

 **Sasha Hodge-Wren** | *Counsel*
Miles & Stockbridge
direct: +1 (202) 465-8424